UNITED STATES, Appellee

v

MICHAEL A. FAMIGLIETTI, Private,
U. S. Army, Appellant

15 USCMA 152, 35 CMR 124

No. 18,095

November 27, 1964

*Colonel Joseph L. Chalk* and *Major George O. Taylor, Jr.*, were on the brief for Appellant, Accused.

*Colonel Edwin G. Schuck, Lieutenant Colonel Francis M. Cooper,* and *Captain Barrie G. Sullivan, II*, were on the brief for Appellee, United States.

### Opinion of the Court

PER CURIAM:

The record of trial shows that a pretrial statement by the accused, admitted into evidence against him, was obtained without proper preliminary advice as to his rights under Article 31, Uniform Code of Military Justice, 10 USC § 831. United States v Williams, 2 USCMA 430, 9 CMR 60.

The petition for review is granted. The decision of the board of review affirming accused's conviction by general court-martial of larceny of a man's suit, in violation of Article 121, Code, *supra, 10 USC § 921, is reversed and the findings of guilty and the sentence are set aside.* A rehearing may be ordered.